UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ASHLEY FRANCIS,

                      Plaintiff,

-against-

LUCKY OF 195 MADISON STREET ROOFING
& CONTRACTING INC. AND INSOMNIA
COOKIES, LLC,

                      Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/1/2022_

22 Civ. 1054 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' proposed case management plan. ECF No. 23. The response to paragraph 2 indicates a disagreement by the parties as to whether the case is to be tried by a jury. By **June 7, 2022**, the parties shall file a joint letter with the Court outlining their positions.

    SO ORDERED.

Dated: June 1, 2022
       New York, New York

ANALISA TORRES
United States District Judge