UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
ASHLEY FRANCIS,

                Plaintiff,

-against-

LUCKY OF 195 MADISON STREET ROOFING
& CONTRACTING INC. AND INSOMNIA
COOKIES, LLC,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/20/2023_

22 Civ. 1054 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' letter dated January 19, 2023, and the parties' proposed case management plan. ECF Nos. 41–41-1. The parties' proposed discovery deadlines exceed the proposed date for the close of fact discovery. *See* ECF No. 40-1 ¶¶ 5–6. By **January 27, 2023**, the parties shall file a revised proposed case management plan.

    SO ORDERED.

Dated: January 20, 2023
       New York, New York

                                                  ANALISA TORRES
                                           United States District Judge